FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEVI STRAUSS & CO. v. ABERCROMBIE & FITCH TRADING CO.

No. 2012-1495, -1496

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: LEVI STRAUSS & CO.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Gregory S. Gilchrist
Law firm: Kilpatrick Townsend & Stockton LLP
Address: Two Embarcadero Center, 8th Floor
City, State and ZIP: San Francisco, CA 94111
Telephone: 415-576-0200
Fax #: 415-576-0300
E-mail address: ggilchrist@kilpatricktownsend.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2/8/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/16/12                           /s/ Gregory S. Gilchrist
Date                              Signature of pro se or counsel

cc: J. Michael Keyes

# CERTIFICATE OF SERVICE
## 2012-1495, -1496
### (OPPOSITION NO. 91175601 & CANCELLATION NO. 92049913)

I hereby certify that on July 16, 2012, a true and correct copy of the foregoing **LEVI STRAUSS & CO.'s DOCKETING STATEMENT** was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

J. Michael Keyes
Whitney Baran
K&L Gates LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
509.624.2100 (phone)
mike.keyes@klgates.com
whitney.baran@klgates.com

*Attorneys for Abercrombie & Fitch Trading Co.*

By: /s/ Gregory S. Gilchrist
Gregory S. Gilchrist