# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**JAN HORBALY**
**CLERK**

**TELEPHONE: 202-275-8000**

July 17, 2012

To: Gia L. Cincone

Re: Appeal No. 12-1495, Levi Strauss & Co. v. Abercrombie & Fitch

Dear Counsel:

Your docketing statement cannot be filed for the following reason(s):

- The form is incomplete.

A corrected docketing statement must be submitted to the clerk's office within 10 days from the date of this letter. Failure to do so would violate the court's instructions and could raise an issue regarding possible sanctions.

Very truly yours,

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory S. Gilchrist
J. Michael Keyes