**BILL OF COSTS** (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s).: A: 12-1495, 12-1496    Caption: B: LEVI STRAUSS & CO. V ABERCROMBIE & FITCH, 2012-1495, -1496

The Clerk is requested to tax the following costs against: C: ABERCROMBIE & FITCH TRADING CO., Appellee

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) ($450 x 2) | xxxxx | xxxxx | D: 900 | 900 | 900 | |
| Table of Designated Materials (original) | E: xxxxx | F: 38 | 8 | 6.00 | 6 | |
| Table of Compilation of Designated Materials (copying and collating) | G: 10 | H: 190 | 38 | 0.08 | 15 | |
| Brief (original) | G: xxxxx | H: 63 | 321 | 6.00 | 321 | |
| Brief (cover and binding) | G: 1 | H: xxxxx | 115 | 2.00 | 2 | |
| Brief (copying and collating) | G: 12 | H: 756 | 57 | 0.08 | 57 | |
| Appendix (original - table of contents) | G: xxxxx | H: 2 | 198 | 6.00 | 12 | |
| Appendix (covers and binding) | G: 1 | H: xxxxx | 115 | 2.00 | 2 | |
| Appendix (copying and collating) | G: 11 | H: 1262 | 1594 | 0.08 | 101 | |
| Reply Brief (original) | G: xxxxx | E: 27 | 138 | 6.00 | 138 | |
| Reply Brief (covers and binding) | G: 1 | H: xxxxx | 115 | 2.00 | 2 | |
| Reply Brief (copying and collating) | G: 11 | H: 297 | 190 | 0.08 | 24 | |
| Other (describe): | I: | J: | | | | |
| GRAND TOTALS | | | | | 1,580 | |

I, K: Gregory S. Gilchrist , swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: /s/ Gregory S. Gilchrist    Date: 7/2/2013    Attorney for: L: Appellant Levi Strauss & Co.

City/County of San Francisco    District/State of California    SS

Reset Fields

FORM 24. Bill of Costs

Form 24

CERTIFICATE OF SERVICE
**2012-1495, 2012-1496**
(**OPPOSITION NO. 91175601 & CANCELLATION NO. 92049913**)

I hereby certify that on July 2, 2013, a true and correct copy of the foregoing

**APPELLANT LEVI STRAUSS & CO.'S BILL OF COSTS** was filed

electronically with the Clerk of the Court using CM/ECF System. Notice of this

filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt. Parties may access this filing through the

Court's electronic filing system.

J. Michael Keyes
Whitney Baran
K&L Gates LLP
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
509.624.2100 (phone)
mike.keyes@klgates.com
whitney.baran@klgates.com

*Attorneys for Abercrombie & Fitch Trading Co.*

            By: /s/ Gregory S. Gilchrist
               Gregory S. Gilchrist

65535129V.1

## 89070-709944 Appeal - Bill of Costs Detail

| Date | Initials | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/23/2012 | 6845 | 190 | 0.2 | 38.00 | Document Reproduction |
| 5/23/2012 | 6845 | 1 | | 450.00 | Court of Appeals Filing Fees (Check No. 521523) Opposition 91175601 |
| 5/23/2012 | 6845 | 1 | | 450.00 | Court of Appeals Filing Fees (Check No. 521524) Cancellation 92049913 |
| 11/30/2013 | 244 | 1 | 948.62 | 948.62 | Counsel Press-Appellant's Brief and copies |
| 2/28/2013 | 244 | 1 | 2,414.18 | 2,414.18 | Counsel Press-Joint Appendix for appeal filing |
| 2/27/2013 | 244 | 1 | 748.15 | 748.15 | Counsel Press-Reply Brief filing |



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
t 415 576 0200 f 415 576 0300

Linda M. Tan
direct dial 415 273 4719
ltan@kilpatricktownsend.com

May 23, 2012

Via Federal Express

Clerk
Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
Opposer's Notice of Appeal to the Federal Circuit
Opposition No. 91175601

Dear Clerk:

Enclosed are three copies of the Opposer's Notice of Appeal to the Federal Circuit with filing fees of $450.00

Best regards,

*Linda Tan*

Linda M. Tan
Assistant to Gia L. Cincone

LMT
Enclosures

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 24 2012
JAN HORBALY
CLERK

MAY 24 2012
JAN HORBALY
CLERK

ATLANTA AUGUSTA CHARLOTTE DENVER DUBAI NEW YORK OAKLAND RALEIGH SAN DIEGO SAN FRANCISCO SEATTLE SILICON VALLEY STOCKHOLM TAIPEI TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Case: 12-1495   Document: 1-3   Page: 3   Filed: 07/02/2012

**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From _____
(NAME)

_____
(ADDRESS)

_____ _____ _____
(CASE NO.)        (SHORT TITLE)        (DATE)

| ACCOUNT | AMOUNT |
|---|---|
| Clerk's Fee for docketing case | |
| Certificate of membership | |
| Certified copy of | |
| | |
| | |
| Copy of opinion | |
| Copy of documents | |
| Reimbursement fees | |
| | |
| | |

Deputy Clerk ☐    TOTAL _____

Credit Card ☐   Cash ☐   Check ☒   MONEY ORDER ☐

56535

STANDARD REGISTER 33202189 CE 3/11

190985-EN



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
t 415 576 0200 f 415 576 0300

Linda M. Tan
direct dial 415 273 4719
ltan@kilpatricktownsend.com

May 23, 2012

Via Federal Express

Clerk
Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
Petitioner's Notice of Appeal to the Federal Circuit
Cancellation No. 92049913

Dear Clerk:

Enclosed are three copies of the Petitioner's Notice of Appeal to the Federal Circuit with filing fees of $450.00

Best regards,

Linda Tan

Linda M. Tan
Assistant to Gia L. Cincone

LMT
Enclosures
64307565v.1

RECEIVED FOR
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 24 2012

JAN HORBALY
CLERK

RECEIVED FOR
U.S. ...

MAY 24 2012

CLERK

ATLANTA AUGUSTA CHARLOTTE DENVER DUBAI NEW YORK OAKLAND RALEIGH SAN DIEGO SAN FRANCISCO SEATTLE SILICON VALLEY STOCKHOLM TAIPEI TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Case: 12-1496  Document: 1-2  Page: 3  Filed: 07/02/2012

RECEIPT FOR PAYMENT

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From _____ (NAME)

_____ (ADDRESS)

(CASE NO.) _____ (SHORT TITLE) _____ (DATE)

| ACCOUNT | AMOUNT |
|---|---|
| Clerk's Fee for docketing case | |
| Certificate of membership | |
| Certified copy of | |
| | |
| | |
| Copy of opinion | |
| Copy of documents | |
| Reimbursement fees | |
| | |
| Deputy Clerk | TOTAL |

Credit Card ☐    Cash ☐    Check ☑    MONEY ORDER ☐

56534

STANDARD REGISTER 33202189 CE 3/11    190985-EN

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

Invoice Number: 0009035753
Date: 11/30/2012
Fed. Tax ID: 43-2070509
Terms: ON RECEIPT

**Sold To**

Kilpatrick Townsend & Stockton
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111   USA

Attention: Gia L. Cincone, Esq.

File No.: 244514
Court: USCOA - FC
Case Name: Levi Strauss & Co v. Abercrombie & Fitch

For Reproduction of:

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | APPELLANT'S BRIEF | | | |
| 1.00 | Cover(s) - 1st Side | @ | $110.00 | $110.00 |
| 63.00 | Page(s) | @ | $5.10 | $321.30 |
| 12.00 | Volumes Bound | @ | $4.75 | $57.00 |
| 1.00 | Elec. File Prod./Bookmarks/Thumnails/OCR | @ | $130.00 | $130.00 |
| 1.00 | Electronic Filing | @ | $35.00 | $35.00 |
| 1.00 | Filing & 1 Service(s) | @ | $99.00 | $99.00 |
| 1.00 | Express Mail - Service(s) | @ | $25.00 | $25.00 |
| 1.00 | Federal Express - Filing | @ | $37.00 | $37.00 |
| 1.00 | Federal Express - To Client | @ | $60.00 | $60.00 |

03-JK

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal: $874.30
Sales Tax: $74.32
$ 0.00
Payment/Credit: $0.00
Balance: $948.62

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - WALTON, NY

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

Invoice Number: 0009037931
Date: 02/28/2013
Fed. Tax ID: 43-2070509
Terms: ON RECEIPT

**Sold To**

Kilpatrick Townsend & Stockton
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111   USA

Attention: Gia L. Cincone, Esq.

File No.: 244466
Court: USCOA - FC
Case Name: Levi Strauss & Co v. Abercrombie & Fitch

For Reproduction of:

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | JOINT APPENDIX | | | |
| 1.00 | Cover(s) - 1st Side | @ | $110.00 | $110.00 |
| 2.00 | Page(s) Table of Contents | @ | $99.00 | $198.00 |
| 220.00 | Page(s) | @ | $5.10 | $1,122.00 |
| 932.00 | Page(s) - Prep./Scan with PDF Proof | @ | $0.27 | $251.64 |
| 110.00 | Color Photos (11 x 10) | @ | $2.00 | $220.00 |
| 11.00 | Volumes Bound | @ | $4.75 | $52.25 |
| 1.00 | Electronic Filing | @ | $35.00 | $35.00 |
| 1.00 | Filing & 1 Service(s) | @ | $99.00 | $99.00 |
| 1.00 | Federal Express - Filing | @ | $49.00 | $49.00 |
| 1.00 | Federal Express - To Client | @ | $78.00 | $78.00 |
| 1.00 | Postage | @ | $5.05 | $5.05 |

**03-JK**

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal $2,219.94
Sales Tax $194.24
$ 0.00
Payment/Credit $0.00
Balance $2,414.18

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - WALTON, NY

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

Invoice Number: 0009037760
Date: 02/27/2013
Fed. Tax ID: 43-2070509
Terms: ON RECEIPT

**Sold To**

Kilpatrick Townsend & Stockton
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111  USA

Attention: Gia L. Cincone, Esq.

File No.: 245821
Court: USCOA - FC
Case Name: Levi Strauss & Co. v Abercrombie & Fitch

For Reproduction of:

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| 1.00 | Cover(s) - 1st Side | @ | $110.00 | $110.00 |
| 27.00 | Page(s) | @ | $5.10 | $137.70 |
| 11.00 | Volumes Bound | @ | $4.75 | $52.25 |
| 1.00 | Electronic File Production and Review | @ | $130.00 | $130.00 |
| 1.00 | Electronic Filing | @ | $35.00 | $35.00 |
| 1.00 | Filing & 1 Service(s) | @ | $99.00 | $99.00 |
| 1.00 | Express Mail - Service(s) | @ | $26.00 | $26.00 |
| 1.00 | Federal Express - Filing | @ | $37.00 | $37.00 |
| 1.00 | Federal Express - To Client | @ | $61.00 | $61.00 |

03-JK

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $687.95 |
| Sales Tax | $60.20 |
| | $ 0.00 |
| Payment/Credit | $0.00 |
| Balance | $748.15 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - WALTON, NY